1 | MELINDA HAAG (CSB3N 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
4 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
5 | Telephone: (408) 535-5087
FAX: (408) 535-5081
6 | michael.t.pyle@usdoj.gov

7 | Attorneys for the United States of America

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 15 80103 MISC

| | |
|---|---|
| REQUEST FROM SOUTH KOREAN COURT FOR INFORMATION FROM TWITTER, INC. <br><br> YOUNG-SHIN PARK V. DO-HYUN SUNG, SEONGAM BRANCH OF SUWON DISTRICT COURT, REPUBLIC OF KOREA | MISC. NO. <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. Section 1782 concerning a request by a South Korean Court for information from Twitter, Inc. ("Twitter"). At this time, the United States requests that the Court appoint Michael T. Pyle, Assistant United States Attorney, as Commissioner, and authorize AUSA Pyle to serve Twitter with a subpoena in accordance with the terms and conditions set forth below. The Court has reviewed the application and supporting papers and documents, which show that Twitter does not oppose entry of this proposed Order.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, its inherent authority, and pursuant to the agreement of the United States and Twitter, the Court hereby ORDERS that AUSA Michael T. Pyle is appointed as Commissioner, and is authorized to serve Twitter with a subpoena in accordance with the following terms and conditions:

1     1.    AUSA Pyle may serve a subpoena by e-mailing it to Twitter's counsel.  Upon receipt of

2  the subpoena, Twitter shall promptly make a diligent search for documents containing the information

3  requested by the South Korean Court.

4     2.  Within 7 calendar days from receipt of the subpoena, Twitter shall provide a copy of the

5  subpoena to the relevant Twitter account holder(s), and advise the relevant Twitter account holder(s)

6  that Twitter will respond to the subpoena unless the account holder(s) file, within 20 calendar days from

7  the date they receive the subpoena, an objection or a motion to quash in this action, served on both

8  Twitter and AUSA Pyle.

9     3.  This Order does not preclude the United States from filing an amended petition for a further

10  order authorizing AUSA Pyle to request additional information from Twitter in the event the South

11  Korean court requests additional information from Twitter after reviewing the information provided by

12  Twitter in response to the subpoena authorized by this Order.

13     **IT IS SO ORDERED**.

14

15  DATED:  3/31/15

16                        UNITED STATES JUDGE



Judge Joseph C. Spero

17

18

19

20

21

22

23

24

25

26

27

28